## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Joseph T. MARGRABIA, Jr., Respondent.

### No. 201, Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

May 15, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 15th day of May, 1998, on certification by the Disciplinary Board that the respondent, JOSEPH T. MARGRABIA, JR., who was suspended by Order of this Court dated December 16, 1997, for a period of three months, has filed a verified statement showing compliance with all the terms and conditions of the Order of Suspension and rule 217, Pa.R.D.E., and there being no other outstanding order of suspension or disbarment, JOSEPH T. MARGRABIA, JR. is hereby reinstated to active status, effective immediately.

∎

## COMMONWEALTH of Pennsylvania, Respondent,

v.

## Wesley MORGAN, Petitioner.

Supreme Court of Pennsylvania.

May 18, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 18TH day of MAY, 1998, the Petition for Allowance of Appeal is hereby GRANTED but LIMITED to the following:

> Did the trial court's denial of the defendant's pretrial motion in limine to preclude the testimony of certain proposed Commonwealth witnesses as to testimony involving alleged bad acts which never resulted in arrest or conviction and were so remote in time to the alleged crimes at issue at trial, deprive the defendant of his constitutional right to due process, to a fair trial, and in particular, to present character witnesses on his behalf?